IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE:

Dimac Corporation

Debtor(s)

CHAPTER 7

CASE NO. 03-10038-MJW

Re: 180

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $4,053.66 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
UNITED STATES BANKRUPTCY JUDGE

Ordered this 19th day of Sept., 2012.