## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No 03-10038-mjw |
| | ) | Chapter: 7    Rc: 195 |
| **Dimac Corporation** | ) | |
| | ) | ORDER AUTHORIZING |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |

This matter comes before the court pursuant to 11 U.S.C. §347(a) and 28 U.S.C. §2042 and the motion of Keys Research, on behalf **Orayka Alexander**, creditor, seeking disbursement of funds previously unclaimed by Orayka Alexander, in the above-named case. It appears from the motion and its supporting documentation that Orayka Alexander is entitled to the funds now held by the United States Treasury.

It is therefore ORDERED, that the following dividends of $2,917.89 be paid to Orayka Alexander, c/o Keys Research, 23630 SE 440th Street, Enumclaw WA 98022 from the unclaimed dividend account maintained by the United States Registry.

Dated: 7/22/14

_____
United States Bankruptcy Judge